File Hashes for IP Address 76.110.101.110

**ISP:** Comcast Cable
**Physical Location:** Boca Raton, FL

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 02/06/2013 17:48:45 | 160B65F7395BAF38DE7F33FA92A555D255C9D2E5 | Working Out Together |
| 01/30/2013 03:40:00 | 3B0ADE358E77D4DF048E956B4EFD3D6366269D5D | Inside Perfection |
| 01/30/2013 03:25:01 | FF6F574E973FBB7EB5E20715C9F6B4135FB7286A | Tarde Espanola |
| 01/30/2013 03:17:16 | 9A465180B317F8E850BFDB02944572052C698948 | Then They Were Three |
| 01/30/2013 02:52:02 | FD4CB0B45FEFA4C558867E178BEEA946C6CF83A0 | Want You |
| 01/30/2013 01:48:27 | 0C18B0C843B2D2C8BB2DE79EA6801075AEA9A44C | Morning Desires |
| 01/16/2013 04:14:54 | 060184206D43B879964BC0C6019DA64AF735DC45 | Heart and Soul |
| 12/24/2012 01:09:36 | 3FCA2DBC6EBBC979581096EDA01FFB60BD23BED5 | Vacation Fantasy |
| 12/22/2012 18:22:15 | EDAF16456CBAA9B04EF6F9DF8932F5AF65243DDD | Soul Mates |
| 11/30/2012 02:10:10 | 3592BA1AD045251B3893035092370C7AF65ECF15 | Lovers Quarrel |
| 11/27/2012 12:54:44 | 12813DE3CB063079D599BF87D5D55A62FDC99218 | Casual Affair |
| 10/06/2012 21:46:34 | 83467C4AC0B4202F94B287CC2F0A2B38A2F65B6D | Unbelievably Beautiful |
| 10/06/2012 21:42:02 | 331434FD49AF3029FA4421E78B369B5CBBA6A544 | Side by Side |
| 10/06/2012 21:38:17 | A2C51A61409258952A469C9C1DF8C197CC5C85AE | Threes Company |
| 10/06/2012 21:18:30 | D4910A575283A5F7686A90F4DEF9B48E85D33E71 | Three for the Show |
| 10/06/2012 21:15:26 | 8F3500E31937D225D74DD483FFF7FDA0AA75846D | Anneli Dream Girl |
| 10/06/2012 21:14:16 | 4F350919050F5A543772E25EDECA5B0B48903C61 | Carmen Leila Christmas Vacation |
| 10/06/2012 21:11:31 | 75BC9955131F3F3DACEE43C430DDAF387D02E914 | Happy Couple |
| 10/06/2012 21:05:41 | B9FEB049859ABFD26080D87A94FD86B89504A2FA | Wild at Heart |
| 10/02/2012 16:35:19 | DC01C9734D05EC1F58F0F17E72AB2F363F0017A4 | Lunchtime Fantasy |
| 10/02/2012 16:21:35 | 6F1A76FF1C2D59D8F4ADD2040DE8C46D3A51E5CD | Miss Perfect |
| 10/02/2012 14:11:52 | B99C50D1E0CFDB65211D407502CE7ABF4C984568 | This Side of Paradise |

EXHIBIT A

SFL20

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 09/24/2012 19:07:52 | E618831736A16B827DF5D93C5167A8989E864F36 | First Love |

**Total Statutory Claims Against Defendant: 23**

EXHIBIT A

SFL20