**Copyrights-In-Suit for IP Address 76.110.101.110**

**ISP:** Comcast Cable
**Location:** Boca Raton, FL

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Anneli Dream Girl | PA0001769489 | 12/19/2011 | 01/04/2012 | 10/06/2012 |
| Carmen Leila Christmas Vacation | PA0001771706 | 12/16/2011 | 01/17/2012 | 10/06/2012 |
| Casual Affair | PA0001800471 | 08/01/2012 | 08/05/2012 | 11/27/2012 |
| First Love | PA0001806476 | 09/05/2012 | 09/25/2012 | 09/24/2012 |
| Happy Couple | PA0001794461 | 06/25/2012 | 06/25/2012 | 10/06/2012 |
| Heart and Soul | PA0001815353 | 11/24/2012 | 11/30/2012 | 01/16/2013 |
| Inside Perfection | PA0001817756 | 12/02/2012 | 12/16/2012 | 01/30/2013 |
| Lovers Quarrel | PA0001814247 | 11/13/2012 | 11/28/2012 | 11/30/2012 |
| Lunchtime Fantasy | PA0001781702 | 03/19/2012 | 03/19/2012 | 10/02/2012 |
| Miss Perfect | PA0001809284 | 10/01/2012 | 10/07/2012 | 10/02/2012 |
| Morning Desires | PA0001819292 | 12/31/2012 | 01/08/2013 | 01/30/2013 |
| Side by Side | PA0001805261 | 09/03/2012 | 09/19/2012 | 10/06/2012 |
| Soul Mates | PA0001813361 | 11/07/2012 | 11/19/2012 | 12/22/2012 |
| Tarde Espanola | PA0001815345 | 11/02/2012 | 11/19/2012 | 01/30/2013 |
| Then They Were Three | PA0001817761 | 12/09/2012 | 12/16/2012 | 01/30/2013 |
| This Side of Paradise | PA0001802603 | 08/19/2012 | 08/21/2012 | 10/02/2012 |
| Three for the Show | PA0001808630 | 09/24/2012 | 09/28/2012 | 10/06/2012 |
| Threes Company | PA0001804939 | 08/17/2012 | 08/15/2012 | 10/06/2012 |
| Unbelievably Beautiful | PA0001805315 | 08/24/2012 | 09/10/2012 | 10/06/2012 |
| Vacation Fantasy | PA0001814250 | 11/10/2012 | 11/28/2012 | 12/24/2012 |

EXHIBIT B

SFL20

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Want You | PA0001822650 | 01/15/2013 | 01/27/2013 | 01/30/2013 |
| Wild at Heart | PA0001785969 | 04/08/2012 | 04/09/2012 | 10/06/2012 |
| Working Out Together | PENDING | 01/30/2013 | 02/04/2013 | 02/06/2013 |

**Total Malibu Media, LLC Copyrights Infringed:  23**

EXHIBIT B

SFL20